In the Matter of the Petition of the FIRST NATIONAL BANK OF RED HOOK, as Trustee of the Last Will and Testament of WILLIAM STROBEL MASSONNEAU, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of WILLIAM STROBEL MASSONNEAU, Late of the Town of Red Hook, Dutchess County, New York, Deceased. ELIZABETH MASSONNEAU COLE, Appellant; FIRST NATIONAL BANK OF RED HOOK, as Trustee of the Last Will and Testament of WILLIAM STROBEL MASSONNEAU, Deceased, JOHN B. VAN DE WATER, as Special Guardian for JANET TEATOR, ANNABELLE TEATOR, WILLIAM TEATOR, ROBERT LIVINGSTON

MASSONNEAU, 3RD, JEANNE SEAVER MASSONNEAU and SUZANNE MASSONNEAU, Infants, etc., SILAS FRAZER, as Special Guardian for MARCIA ELIZABETH COLE, an Infant, etc., ANNA ARMSBY MASSONNEAU and VASSAR BROTHERS HOSPITAL, Respondents.— Decree of the Surrogate's Court of Dutchess County, construing certain provisions of the will of William Strobel Massonneau, deceased, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.